1
2
3
4
5
6
7
8
9
10
11
12
13
14

FILED
CLERK, U.S. DISTRICT COURT

NOV 20 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

15 | UNITED STATES OF AMERICA,  ) Case No. CR 98-489 R
16 |       Plaintiff,           ) ORDER OF DETENTION AFTER
17 |   v.                       ) HEARING ( Fed.R.Crim.P. 32.1(a)(6)
                                ) Allegations of Violations of Probation or
18 |                            ) Supervised Release)
19 | Jose Gama                  )
20 |       Defendant.           )

21    In this case involving alleged violations of conditions of probation or
22 supervised release, the Court finds that no condition or combination of
23 conditions will reasonably assure:
24    A.  (X)   the appearance of the defendant as required; and/or
25    B.  ( )   the safety of any person or the community.
26
27
28

1    The Court concludes that :
2  A. (X)  Defendant failed to present clear and convincing evidence to
3          establish that Defendant is not a risk of flight because:
4    _____
5    Allegation of Absconding
6    _____
7    _____
8
9  B. ( )  Defendant failed to present clear and convincing evidence to
10         establish that Defendant does not pose a risk to the safety of other
11         persons or the community because:
12   _____
13   _____
14   _____
15   _____
16
17   IT IS ORDERED that defendant be detained.
18
19   DATE: Nov 20, 2013
20
21                                      _____
                                        HON. MICHAEL R. WILNER
22                                      UNITED STATES MAGISTRATE JUDGE